UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                            :

SIMONE WILLIAMS,                  :       19cv5564(DLC)

                          Plaintiff,    :         ORDER OF
             -v-                   :        DISCONTINUANCE

THE CITY OF NEW YORK, NEW YORK CITY    :
DEPARTMENT OF CORRECTION CAPTAIN
DONNYA SPRY, Shield #1507, NEW YORK    :
CITY DEPARTMENT OF CORRECTION
INVESTIGATOR PATRICIA DOCKERY, Shield :
#559,
                          Defendants.   :

------------------------------------ X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 6, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:     New York, New York
           February 5, 2020

                                     _____
                                          DENISE COTE
                            United States District Judge